UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LESLIE STANLEY, #A-66108,            )
                                     )
        Petitioner,                  )
                                     )
vs.                                  )   Case No.:  00-CV-00895-DRH
                                     )
MARK A. PIERSON,                     )
                                     )
        Respondent.                  )

### ORDER

Petitioner's Motion for Continuance of Hearing is hereby granted (Doc. 55).  Evidentiary hearing to consider Petitioner's habeas corpus claims continued from Wednesday, June 1, 2005 at 9:30 a.m. to **Monday, August 29, 2005 at 9:30 a.m.**

Date: May 17, 2005

                                        /s/   David RHerndon
                                        Judge