UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUL - 6 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

| | |
|---|---|
| LESLIE STANLEY, #A-66108, | ) |
| Petitioner, | ) |
| vs. | ) Case No.: 00-CV-00895-DRH |
| MARK A. PIERSON, | ) |
| Respondent. | ) |

### ORDER

Petitioner's Motion for Leave to Conduct Evidence Deposition of Robert Brock is hereby granted (Doc. 59). Petitioner has the Court's permission to take an evidence deposition of Robert Brock who is presently incarcerated at the Lakeland Correctional Facility in Coldwater, Michigan.

/s/ David R. Herndon
District Judge

Date: July 6, 2005