UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE STANLEY,**

    **Petitioner,**

vs.

**MARK A. PIERSON, Warden,**

    **Respondent.**        Case No. 00-CV-00895-DRH

### ORDER

**HERNDON, District Judge:**

    Now before the Court is Respondent's Motion to Continue Evidentiary Hearing. (Doc. 75.) The evidentiary hearing in this matter was scheduled on November 28, 2005, at 9:30 a.m. Due to exigent circumstances beyond the control of Respondent's counsel, the instant motion requests the hearing be rescheduled for sometime in January, 2006, or thereafter. As counsel for Petitioner does not oppose this motion, the Court hereby **GRANTS** Respondent's motion and **reschedules** the evidentiary hearing for **Tuesday, January 24, 2006, at 9:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 22nd day of November, 2005.

    /s/        David RHerndon
**United States District Judge**