# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE STANLEY,**

    Petitioner,

    vs-                                    No.  00-CV-895 DRH

**JULIUS FLAGG,**

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court for a ruling on Stanley's Amended Habeas Petition for a Writ of Habeas Corpus pursuant to **28 U.S.C. § 2254.**

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Amended Application for a Writ of Habeas Corpus is **GRANTED.**------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

March 29, 2006                        BY:    s/Patricia Brown
                                                            Deputy Clerk

APPROVED:/s/     David   RHerndon
                 **U.S. DISTRICT JUDGE**