IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LESLIE STANLEY,**

    **Petitioner,**

**v.**

**KEN BARTLEY, Warden,**

    **Respondent.**                **Case No. 00-cv-895-DRH**

## ORDER

**HERNDON, District Judge:**

    Defendant has filed an Amended Motion for Extension of Time Within Which to Retry Petition (Doc. 117), to which Petitioner has filed an opposing Response (Doc. 119). In this Motion, Defendant seeks an additional 90 day extension of time within which the State must retry Petitioner, up to and including June 5, 2007 (Doc. 117, ¶ 5). This matter arises from the Order in which the Court granted Petitioner's writ of habeas corpus on March 28, 2006 (Doc. 88), which was later affirmed by the Seventh Circuit Court of Appeals (Doc. 110). In a subsequent Order, the Court clarified that if the State did not retry Petitioner by March 7, 2007, Petitioner should be released (Doc. 113).

    Since that time, the State has determined it will retry Petitioner. However, there has been some delay in the proceedings, which the State has shown is largely attributable to Petitioner. Further, Petitioner is currently out on bond,

pending his retrial. While his travel is restricted to the state of Illinois, this is not as detrimental of a situation as if he were currently detained, awaiting a trial now continued for another two months.[1] Moreover, the delay in obtaining an appointed public defender, an issue Petitioner also addresses in his Response, does not seem to be through fault of Respondent. Nor does the fact that Petitioner's Motion in Limine in state court was denied, thereby requiring Petitioner to arrange for the remand of a trial witness, Robert Brock, to the custody of St. Clair County.[2] The time necessary to remand Brock appears to be what necessitated the continuance of the retrial.

As valid reasons for the continuance exist, the delay was not attributable to Respondent and because Petitioner is currently out on bond, the Court finds the Motion (Doc. 117) should be **GRANTED.** Accordingly, Respondent's time to retry Petitioner shall be extended up to and including **June 5, 2007, on which date if trial has not yet begun, Petitioner shall be released**.

**IT IS SO ORDERED.**

Signed this 6th day of March, 2007.

/s/       David   RHerndon
**United States District Judge**

---

[1] Even though Petitioner objects that some of the actions of his appointed counsel were made with his approval and/or prior knowledge, such as consenting to continue trial until May 7, 2007, these are issues more properly left for the state court currently hearing the matter to address.

[2] The trial court has ruled that the Government has a right to cross-examine Brock (rather than allowing Petitioner to introduce his deposition testimony), as it appears his prior deposition testimony was essential to the granting of Petitioner's habeas in the first place.